

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

USA,

Plaintiff(s),

v.

Milot Cadichon,

Defendant(s).

Case No. 18 CR 558
Judge Robert M. Dow

## ORDER

Change of plea hearing held. The Defendant is advised of the charges and maximum penalties. The Court finds the Defendant competent to enter a plea of guilty. The Defendant is advised of and waives his various trial and appellate rights as discussed in Court. The Court finds a factual basis for the plea and that the plea is knowing and voluntary. The Defendant enters a plea of guilty to Count 1 of the Indictment. Plea Agreement executed in open Court. A finding of guilt is entered on Defendant's plea of guilty. This cause is referred to the Probation Office for a presentence investigation. Sentencing is set for 11/25/2019 at 10:30 a.m. The Defendant's sentencing memorandum, including any objections to the pre-sentence investigation report and sentencing recommendations are due by 11/11/2019. Government's response brief is due by 11/18/2019. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770,779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its Sentencing Recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. No later than, 11/11/2019 the Government shall e-mail a completed Victim Electronic Spreadsheet (with the victim(s) and loss amount(s)) to the Courtroom Deputy. The victim import spreadsheet is listed on our website on other forms page. Global addresses for victims: Financial institution/government agencies/buy money are to be used for these victims instead of branch locations etc. Defendant's oral motion to modify his conditions of release is granted without objection. Defendnt's conditions of release are modified to allow Defendant to travel for work or while in class trying to obtain his CDL to any of the three states that encompass the 7th Circuit Court of Appeals (Wisconsin, Illinois, and Indiana).

(T0:30)

Date: 8/22/2019

/s/ Rober M. Dow
United States District Court Judge